Motion to appoint counsel

To whom it concerns,

I Brittany A. Jones request motion to appoint counsel.

*BJones 1/5/23*

```
FILED ____ LODGED
____ RECEIVED ____ COPY

      JAN 0 5 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**CV23-00024-PHX-SMB**