Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

```
FILED          LODGED
RECEIVED       COPY

JAN 1 2 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                  DEPUTY
```

Brittany A. Jones
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Knight Transportation Inc
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV23-00024-Phx-SMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Brittany A. Jones
Street Address          2734 W Jessica Lane
City and County         Phoenix, Maricopa
State and Zip Code      AZ  85041
Telephone Number        214-579-4504
E-mail Address          brittany75228@yahoo.com

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                       Knight Transportation Inc

    Job or Title *(if known)*

    Street Address         2002 W Wahalla Lane

    City and County       Phoenix Maricopa

    State and Zip Code    AZ  85027

    Telephone Number    602-269-2000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Knight Transportation Inc |
| Street Address | 2002 W Wahalla Lane |
| City and County | Phoenix   Maricopa |
| State and Zip Code | AZ  85027 |
| Telephone Number | 602-269-2000 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

   *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

   8/2021 - 2/2022

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race          African American
- ☑ color         Black
- ☐ gender/sex    _____
- ☑ religion      Christian
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

   ADHD

E.   The facts of my case are as follows.  Attach additional pages if needed.



Statement of Claim

1. In the recruiting department at Knight Transportation I was humiliated by the entire recruiting department for my disability of ADHD and a colleague posted a note on my desk about my disability. The management team tried to force me to sign a document stating I have a disability.
2. I was discriminated in the recruiting department because of my race and was told that my management team come from a small town and don't have experience dealing with Black people.
3. I was told that all the Black people the recruiting department has hired are lazy.
4. I was accused of being disrespectful and the management team disciplined me without asking me my side of the situation and could not provide to me what I did or said that was disrespectful.
5. A was not allowed to transfer out of my department after I expressed I was being discriminated by my peers, because the VP said I was too good of a recruiter to lose.
6. Colleagues continue to steal my leads after I express to management that polices and procedures are not being followed and they allowed it without disciplinary action.
7. I was retaliated against and wrongfully terminated for voicing my concerns of discriminatory practices in the recruiting department.



During my current tenure with Knight Transportation as a high performing recruiter I Brittany A. Jones:

- Surpass expectations on a consistent monthly basis
- Awarded "*Rookie of the year for the West*" within 3 months of employment.
- Awarded "*Most likely to get you out of a sketchy situation*" within 3 months of employment.
- Daily being told by colleagues and management how:
  o I consistently display the six pillars of character
  o Used as an example to help motivate my fellow colleague's low performance margin in team/management meetings and emails
  o On a fast-paced future into leadership
  o Have an impeccable work ethic
- Executed a staffing issue task for Knight Transportation I was given to by management
- Assisted Knight Transportation in acquiring a Master- Degree level colleague, whom is at a performance level of top 5% of the department.
- I was given the task by management at Knight Transportation to bring in another colleague for Knight Transportation recruiting department, who was offered the position by Knight Transportation.
- Provided innovative ideas with 15 years of leadership experience on multiple projects.
- I am the 2nd recruiter of the quarter.

-Please refer to the email titled "Awards."

  o Knight Transportation can provide documentation from "Power BI" a system used to track  the performance of the recruiting department. The Power BI speedsheet will display my perfomance of my pipeline producation exceeding my other colleuages.

  **My interview process with Knight**

  o I let the interviewing managers know that I applied for Knight 3 times in my career:

       -The first time I interviewed with Knight Transportation, I was told that I was overqualified, and the pay was $15,000 under what I was currently making.

       -The second time I interviewed with Knight Transportation, I was told I was too much of a perfectionist and I wouldn't be a good fit because the account manager position would require a lot of change.

       -This time in my interview with Knight Transportation I was told they see my passion and drive. They believe I had the self -motivation to dominate my role as a recruiter and I did in my performance.

- I took a pay cut to come on board with Knight Transportation because they were confident that I could make the difference up in commission.

- I made it noticeably clear to the management team that I was looking for a company I can grow, have job security, and I can retire from and that was my main focus in my job selection for the next company I work for, and they describe the family feel culture that Knight provides employees.

-Before I did my drug screen, I had a conversation with Knight Transportation HR Business partner Evan Chambers. I explain to her after I found out my daughter was molested; I was dealing with an overwhelming amount of stress. It stared effecting my body and I was dealing with inflammation health issues that caused serve pain. I explain to her that I do have my medical card and I am legal with the state of Arizona. Evan thanked me for being honest and explain to me that this is not something management needs to know about in the interview. Since I was applying for a corporate office job and not a driver position, I was not going to be disqualified from getting hired.

-Please refer to the email titled "Medical card."

**Extra task I was given and mastered by Knight Transportation management**

o   During my employment with Knight Transportation, I displayed the ability to adapt to change and execute any task the management team asked me to perform:

    a. Recruit for dry van Las Vegas instead of refrigerated, the team I was originally hired for.

    b. Hire for: Phoenix, Portland, Tulare, Reno, El Paso, Fontana, Phoenix Port, Las Vegas Ports and training. I had to build pipelines in all these areas and help hire drivers, while making sure I keep the terminal I am assign to a priority.

**Conversations in the workplace**
1.   Multiple coworkers (Leilani, Trevor, Terra, Monicah, Kendal, Sarah Kate, Brandon) had conversations with me informing me that "Knight Transportation was a Mormon ran company. As the EEOC already knows I have an open case against a previous employer that is in association with the Mormon community. Richard Johnson took Frank Torres and me to lunch and talked about the Mormon community. He did ask us to come to an event

despite the fact I told I was non domination. My response to their statements was that I don't judge anyone, and people have a right to believe what they want to believe. My last course REL 448 at DeVry University in Summer 2013 was Comparative Religions that can corroborate my ability to know and understand other religious beliefs.

-Please refer to the email titled "Official College Transcripts."

2. After incidents that happen on 1/19/22- 1/21/22 Terra explain to me that Christina C. the Safety Manager and Trevor S my team lead come from the same area they grew up in and do not have a lot of experience dealing with Black people. Terra also told me that she is married to a Black husband and have a biracial son and she has no reason to lie to me about their character.

- o Knight Transportation has members of management who are not experienced with dealing with employees of Black race. This issue speaks to the lack of diversity in the company.

3.Trevor on a consistent basis told me that I have been able to adapt to change with us asking you to hire for the entire west side, cdl students, and the ports; while being able to build relationships with others including: employees, drivers, and managers.

- o On a Microsoft office Teams meeting call, the founder and owner of Knight Transportation "Kevin Knight" told me that I have a cheerful outlook and he can't wait to see the things I will achieve with Knight Transportation.
  - ▪ I am consistently getting praised for my attitude, communication skills, and ability to outperform my other colleagues.
  - ▪ Trevor my team lead and I, during the time I was working out of the corporate office worked out together in the company gym. He told me I could trust him we would conversate about different challenges he faced in life and how he turned his life around. He agreed to offer me work out lessons. During those work out sessions we discuss my need to be honest and have integrity based on my upbring in a single-family home. We also discussed how his girlfriend is a huge weed smoker and would make jokes about it. I did tell Trevor in confidence that after my daughter was molested, I started having health issues and would use cannabis at night to go to sleep and ease the physical pain I would be in. At the Christmas party Kendal told Renee (my partner) and I that she got her medical marijuana card.
  - ▪ During training we also discussed my lifetime struggles from my elementary grade school days and still in my adult life living with Attention deficit hyperactivity disorder (ADHD).

- Trevor was made aware of my hyperactive and impulsive behavior and my insecurities that goes along with my disability
- During my conversation with Trevor, I explain to him the reason that I was not upset at him. However, he did use what I told him in confidence against me.
- Knight Transportation management and my colleagues were aware of my disability. Trevor made a sign for me to slow down, and the other management staff and colleagues would make a joke about me slowing down and posted the note on my desk.

- Trevor told me in font of Monicah during training that he shouldn't be anybody manager. He also said that he has 2 DUI and would never be able to be a truck driver with Knight due to the Safety departments DQ process.
- During training Trevor said we don't have an HR department. I asked about lunch breaks and taking time off. Trevor response was "As long as you are getting hires, I don't care what you do. If you need to take a 2- hour lunch break and you are hiring drivers, WE are good." Trevor also said that in front of Leilani and Monicah.
- Julie Nelson gave me flowers and a huge hug in front of the entire recruiting department at the end of my work shift and explain tom me how happy she was that In was a part of her team and the Knight family. As I walked out the department, the entire department clapped for me.
- During my tenure with Knight Transportation, I made it noticeably clear how happy I am with my job, the importance of having job security, and Knight Transportation being my last company I wanted to work for to plan for my retirement.

I am Under the leadership of management who influenced discriminatory behaviors

- During training I was trained to understand that Knight Transportation Does not hire any driver over the age of 65. Knight Transportation will calculate the age of a driver applicant before assessing the application. (If Knight claims that display this type of discrimination to age to keep the insurance cost down, please have Knight Transportation supply proof of how they are keeping their insurance cost down.)
- When I brought it to my team lead Trevor Saderup attention he responded in a whispering tone and said "Safety (Knight Transportation Safety Department) does not approve drivers 65 or over. Even if they have a 2-year medical certification from the Department of Transportation (a DOT physical) Safety will go through the driver's application with a fine-tooth comb until they can find something in the application to use to disqualify

("DQ" term used in the Knight Transportation recruiting department) the
driver from collaborating with Knight Transportation. In addition, after my
training was completed the age discrimination was also influenced by the
coordinators team as well. The coordinators team were colleagues in the
recruiting department who verified all the information in a driver's
application. However, the Safety department had the final say on every
application.

o During training I was train that any driver who had Uber, Lyft, Door dash,
Postmates, or taxi work listed as employment had to supply proof of
employment showing how much their gross pay was per month. Daisy L, who
is a coordinator with Knight Transportation, explain to me that a driver
applicant monthly gross pay can only be approved by Christina C who is the
Safety Manager in the recruiting department at Knight Transportation. Daisy
L also informed me that if the amounts are not $1000.00 a month or more,
Christina C would not approve their pay documents and the driver applicant
will be disqualified to collaborate with Knight Transportation.

o When I brought this issue to my team lead Trevor, he recommended me
moving forward when you see Uber, Lyft, Door dash, Postmates, or taxi work
on a driver application:
  ▪ 1. Have the driver send you all their pay documents, send them to the
    coordinators and Christina, upload the documents in the file and tag
    both the coordinator and Safety on the driver's application so the file
    does not get disqualified by Safety right away. (Tenstreet is the
    system Knight Transportation uses to receive applications. Recruiters
    are trained to put notes on a driver application to be used as a notation
    reference when a recruiter has tried to contact a driver applicant
    through phone, email, text, or a follow-up.)
  ▪ 2. Trevor also said that majority of the applications that has a
    Mohammad or foreign name only have Uber, Lyft, Door dash,
    Postmates, or taxi work on their application and that is not a real job
    or line of work that can qualify for experience that Safety will
    approve.

o After an interview I conducted with an applicant on 1/19/2022. I exercised
the same training provided by Knight Transportation in the email sent to
upper management of Knight Transportation in reference to the incident that
happen on 1/19/2022.

o On 1/20/2022 my team lead Trevor asked me to give him a call on Microsoft
Teams. I followed his direction Trevor said word for word. "Good morning."
I responded with "Good morning, Trevor." Trevor the said right after, "Why
you always starting stuff?" I said excuse me how can you ask that if you
didn't approach me to ask me what happened." Trevor then said, "I already
know what happened."

- On 1/20/22 Julie Nelson the Director of recruiting for the West explained to me the reason the note that I imputed on 1/19/22 was removed out of Tenstreet was for legal purposes. Knight Transportation Tenstreet notes in the recruiting department must be submitted to a lawyer for legal purposes and we cannot have notes in Tenstreet asking about approved limits of pay of a driver applicant in Tenstreet. Julie said word for word, "That's a question that needs to be asked in Microsoft Teams and not on Tenstreet."
  - After that conversation I had realized the training Knight Transportation has supplied was/ is discrimination.
- An hour later my team lead Trevor called me on Microsoft teams. Let's note that on all times I asked Knight Management team to provide examples. I couldn't get any thing told or written to me that caused all these issues to happen after 1/19/22. I am only speaking factual information that can be proven by a witness or a document. I ask that Knight Transportation do the same.
  - In the conversation Trevor said I have threatened to quit multiple times before and I asked him to not use conversation we had in confidence against me. In the conversation I explain to Trevor that colleagues and management (Terra T, Monicah S, Leilani G, Julie Nelson, Sarah Kate R) including him as well have all joked about quitting every two weeks with in the first 6 months of collaborating with Knight, due to the amount of information that is given by Knight Transportation in training.
  - Trevor said he has coached me multiple times on my files
    1. Have Knight Transportation supply proof of documentation of me having a verbal or written coaching.
    2. I was not advised verbally or received any written communication of any conversation held by management or Trevor with me were regarding being coached or this is a coaching moment due to my files.
    3. I cannot be coached on a file that is no longer in my job description.
    4. Months prior to the incident on 1/19/22 management in the recruiting department changed the job roles of recruiters and coordinators. Recruiters were no longer required to have the responsibility of a driver's application files; the coordinators were now responsible for driver application files.
    5. In Trevor and me conversation I asked for examples when he had to coach me and he could not supply any times he had to coach me, due to the fact I never been coached by anyone in Management.
    6. Trevor made claims that I was disrespectful and rude but could not supply me any examples where I displayed the type of conduct that resulted in me being an employee who was rude or disrespectful.

- At any point Trevor and I exchanged words was due to training, laughing (small talk), or when I asked permission to speak freely about things happening in the recruiting department.
- When I would ask to speak freely it would be in reference to unfair practices happening in the department
- Multiple times my leads have been taken from me and given to another recruiter for financial gain. Recruiters at Knight Transportation are paid a salary and bonus for hiring drivers.
- Knight Transportation has recruiting policy in place that I had to follow but others didn't.
- When making calls in Tenstreet a recruiter can take over a lead if the driver applicant has not been reached out to in 48 hours and or if no follow- up date are on the file.
- My files have notes and a follow- up date and Trevor still flipped my leads in my pipeline to other recruiter names.
- Trevor made a statement word for word that "HR will do what we tell them to do."

7. Trevor suggested that if I wanted to be a part of this team and work for Knight, I need to write a statement on what my intentions are.
8. On 1/21/20 Cody W the Director of recruiting for the East forced me to have a conversation with him after my director Julie Nelson told me that we will discuss this issue after she returns to work on Thursday. Cody made a comment that I am burning bridges.
9. Kendal W referred me to talk with Shonna in HR and explain to me in confidence that she too has had a communication issue with Christina C, and it has been a known issue for some time in the recruiting department and I was not the only employee who has complain about her communication style.
10. I reached out to Shonna who said that her title was a HR Business Partner with Knight Transportation.
    - In the conversation she let me know that she used to be a recruiter as well with Knight Transportation.
    - Shonna let me know that she was not the HR business partner for the recruiting department. Lydia Vest was.
    - I asked Shonna to please keep our conversation confidential and I did not want it taken back to the management team because I felt that it would make things worse. Shonna told me that she would keep it confidential, and she did not keep our conversation confidential as a HR representative.

11. Chris Harper the VP of recruiting at Knight Transportation called me and left a voice message. When I returned Chris Harper call, he said he talked with Shonna.

12. Trevor started leaving notes in Tenstreet as if I am incapable of understanding how to do my job.

13. I have screen shots of multiple messages showing that I just wanted to be treated fair and for the recruiting department to have all recruiters follow the same policy that I am held to by management.

14. After meeting with HR Lydia, Trevor, Julie, and Chris told me I could keep my pipeline. That was not true, Trevor switched several leads that I had follow up dates on to other recruiters and violated the 48th hour policy I was trained on in training. I was also told I had to take a training and no other member of management had to take it due to the events that occurred 1/19/22- 1/21/22. My notes on majority of my leads have been removed and assign to another recruiter as if I never contacted the applicant. Tenstreet sent reminders from the notes I placed, and the leads were in other recruiter's name and my notes were removed.

15. They put me on a team with Emily and Spencer both employees that I brought to management attention known issues of unfair practices happening against me. Instead of putting me on the coordinator, East, dedicated, or refrigerated team.

16. On 2/9/22 Julie contradicted herself multiple times. When she said that notes in Tenstreet can't be deleted. She also stated that management didn't agree with me that the events that happen on 1/19/22-1/21/22 wasn't handled properly. Chris Harper, Shonna in HR, and Trevor said that it wasn't handled properly. The email recap she sent to Chris Haper had major key points we discussed together missing from her email.

17. 2/7/22, When I got back to work management did not include me on new processes that changed while I was gone. Those process are needed for me to perform my job correctly.

18. 2/9/22, As I was going through my leads, I saw most of the leads have notes removed. In Tenstreet when an application is received it is time stamp with date and time. In the notes section it does not appear on most of my old leads from when I first started until now while I was out of office.

19. In Tenstreet leads notes start once an applicant puts in an application. It can be a lead from 2010 and it will still show up in Tenstreet.

20. Months before any of this took place, I spoke with Chis Harper about the Trainer position and stated my credentials showing I am

more than qualified. Chris said, "You are too good of a recruiter to lose, plus we are short staff. Once we get new recruiters hired, we can discuss a leadership role for you because management have had conversations about you be a future leader.

21. 2/9/22 I asked Chris Harper and Julie Nelson if I can get a recommendation for a new role. I was told to apply first. When I reached out to Jason for more information on the link, he responded did you click the link. I was requesting for more info that describe the day to day.

22. Had meeting with Spencer 2/9/22 conversation from email about my ability to work on the CDL team.

23. 2/10/22, I notice Knight Transportation management team put the deleted notes back in the system. I called Leilani George to confirm that she witnessed the note being removed from the system and now it has appeared back into the system that shows Julie trying to say that she never told me that notes can't be deleted from Tenstreet.

24. When it comes to the age discrimination I spoke with Trevor and explain to him that it was against the law. It would be different if Knight chooses to not hire 65 or older to save on insurance cost, we put that money back in the budget to give to employees in bonus. I explain to him how I didn't want to break the law because I have a degree in HR.

25. Julie tried to accuse me of altering an application. In training Trevor taught me in training to "doctor up an application" so it can be approved by Safety.

26. The training I received by Gus V who is no longer with the company did not cover how to do my job in recruiting. I consistently asked for training to help me understand all that my job responsibilities and I was not provided training in written form. I had to ask in meeting in front of the recruiting team to get written documentation.

27. Now that the truth has been exposed all the training I received after 1/19/22 puts me at risk of breaking the law. I am terrified to say the wrong thing that I have been told in training.

28. Time stamp in Tenstreet does not match Arizona time.

29. My only issue with asking people to speak on my behalf about my reputation with Knight is that multiple members of family work in the same department and have worked with Knight for years and are aware of the discrimination.

30. While I was trying to write this letter to the EEOC and explain my issues with Knight Transportation "Word Document want to suggest "Editor" tab. Under the Editor tab Word Document

suggested that "Factual" should be removed from this letter and "Deleted" should be revised to "Remove." I need the EEOC to investigate the situation that happen on 1/19/22 – until current date with Knight Transportation and Brittany A, Jones (Jenkins if I am married by the time this is ready to be sent to the EEOC).

31. The abilities of ALL the software used by Knight Transportation, the entire company especially for the admins. Admins are granted special privileges of the software that the users are not. Examples of software: Microsoft Office Teams, Tenstreet, AS400, Pure Cloud or icon with orange in it, I think. However, its used to record our calls for interviews on the office Phone number we are giving to use by Knight Transportation. Microsoft Office Teams is the most important because Julie Nelson, Trevor Saderup, and all Knight management train me/ or use Teams for in office conversations. Factual Information. This entire letter is issues that have documentation. Trust but Verify method.

32. After having the conversation with IT I am very confident after you do your investigation that the software that Knight Transportation uses in their day to day operations will show that all the software can be edited.

33. What do I mean by edited?
    • Have the ability to be altered.

34. For the record I am not ashamed of my disability it took me days and restless nights to gather all my thoughts and align them to make sense with the events that happen 1/19/22- current date, That's why I go by the method it "make IT, make SENSE!"

35. Knight Transportation management did not manage any of my concerns properly and in return try to make me appear as an emotional employee with issues. I was told by management that despite a truck being ran into my home, me being in a car accident after, then dealing with my daughter having a baby I still outperformed everyone on my team. My director Julie said she wanted to talk with me 2/8/22 and I am afraid that she will let me go because of what I know about the discrimination the company has covered up for years now.

36. I was let go because Knight leadership said it was an expectation for me to come in the office to do my training after they been aware that I couldn't meet that expectation. They approved me to work from home and told me that I wouldn't be let go if I couldn't come into the office to work. I mention to leadership that there are

multiple employees who have never had to work in the office or come for training. They still choose to force me to quit.

37. I was notified by a colleague that leadership was notified I filed a complaint with the EEOC.

-Please refer to the email titled "1/19/22." The email attached to the bottom of the email I sent to Knight Transportation Upper management about the incident that happen 1/19/22, will show Daisy L a coordinator of the recruiting department giving me direction that the pay documents have to be approved by Christina C the Safety manager because the drivers name was crossed out. In addition, with the applicant's attached bank statement showing he consistently received direct deposit from the companies he worked for on a weekly and monthly basis as earned income.

-Please refer to the email titled "Deleted note from Tenstreet."

-Please refer to the email titled "Conversation with Trevor."

-Please refer to the email titled "Conversation with HR Business Partner Shonna."

-Please refer to the email titled "Conversation with VP Chris Harper."

-Please refer to the email titled "Link to screenshots."

From: **Brittany Jones** brittany75228@yahoo.com
Subject: **Fw: 1/19/22**
Date: **Mar 18, 2022 at 2:09:39 PM**
To: **stephen@montoyalawgroup.com**

<u>2145794504</u>

Good morning,

On yesterday 1/19/22, I reached out to Christina for help for a driver who I did an initial phone interview with. During the phone interview he stated that he had 1099's for driving for Uber/ Lyft. I immediately remembered this scenario from when I first got hired. I had a conversation with Daisy over the phone after she sent me this email in regards to drivers who have Uber/Lyft for employment. Daisy stated that Safety has to approve the pay docs. Also, when I had the same situation with another driver Brittney who is also a coordinator explain as well that the docs have to be approve by Safety.

<u>I would include the notes that was left on the file but they have now been deleted, and it was not deleted by me.</u>

In the notes I stated specifically "I mean no harm". I just wanted to learn how to do my job in an efficient way, and if I could be advise on the limits of the amounts for Uber/ Lyft. Also, I am aware that written communication can be interpret in many ways. I make it a priority to communicate in a welcoming and nonconfrontational way.

Julie, sent Christina, Trevor, and myself a note on the file (that has now been deleted) explaining the steps I should take to make sure Christina focus her time on files that are completed. I accept the feedback and continue to close out my day. 10-15 mins later Christina calls me with an unwelcome tone and accused me of cutting her off and calling me aggressive. I explain to her that I didn't understand where her tone in the conversation was coming from considering we have built good rapport.

You can see here in the message on teams from my understanding Christina has always been helpful to me because she understands I want to grow with the company, this is one example to show you the relationship I thought we have built.

[11/23/2021 11:04 AM] Christina Cangiolosi

of course! always happy to train when I have time and someone is willing to receive the coaching. unfortunately, many recruiters expect me to coach them which is just too difficult sometimes along with my day to day responsibilities, so I try to go out of my way to coach them, and then when I do

often times I get responses that are quite rude. so it's becoming less and less that i'm willing to coach when people are rude to me about it. <u>so thank you for being receptive and appreciative!</u>

heart 1

[11/23/2021 11:07 AM] Brittany Jones

Always, I appreciate you making sure I succeed. You can count on me to be appreciative and receive constructive criticism to make me better!

like 1

I was taking back that she would feel the need to talk to me in a manner that was unprofessional and belittling. I understand how busy and important her role is and myself who have been in management for over 14 years supervising up 200+ employees, I understand. I was also informed that she did not have a good day and a lot of files that was coming back with crims. However, that does not give anyone any reason to be rude. I have had a lot of things happen in my personal life ( I have brought to management attention) that has affected my ability to do my job with a clear mind and a positive emotional state. However, I do not take it out on others and I am always respectful, positive, and courteous.

Today, my supervisor Trevor asked me to give him a call and he said "Good morning, why are you always starting stuff." I would expect for my supervisor to ask me what happen but instead he said, "I already know what happen." At that point I choose to end the conversation because I was being accused of doing something that was not true.

From my point of view, I thought that I had enough rapport built with Christina where I can ask for help. I was simply being proactive on a file to save myself time to learn about limits for pay docs for Uber/ Lyft before I waste the company money on reports on a file that will get DQ. Christina last week on a call with Terra and I explain how some of the reports cost the company a lot of money. I thought she would be proud that I listen to her and was trying to be proactive. For the record, this situation does not change my views on Christina. I think her and I both know that I enjoy when she spends time out of her busy day to teach me things she is knowledgeable of to help me be a better recruiter. I just wish she would have remember our rapport before calling me with an unwelcoming tone after having a bad day at work and after my director has tagged all of us to correct the situation.

Now my concern is that Christina will be bias on my files. Right after Christina hung up with me she DQ a file stating the driver need 6 months clean driving record and the driver has not had an accident or ticket. The last accident the driver had was in 2019. That's over 2 years clean driving. I continue to let my management know how much I care about my job and want to grow with Knight and my work ethic and numbers show that as well.

**Brittany Jones**

**Knight Transportation**

**Driver Hiring Manager**

**Brittany.Jones@knighttrans.com**

(602) 353-2514  Office

(972) 275-9839  Cell



**From:** Daisy Lua <Daisy.Lua@knighttrans.com>
**Sent:** Tuesday, October 26, 2021 7:03 AM
**To:** Brittany Jones <Brittany.Jones@knighttrans.com>
**Subject:** RE: Need docs

You would have to forward these to Christina Cangiolosi for approve since it's blacked out on the top



Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

1/22/2022

B.   The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  11/16/22

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking damages for legal cost, loss of income, pain and suffering, defamation, mental stress, and physical stress in the amount of 7.5 million.

Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/11/23

Signature of Plaintiff    _B Jones_

Printed Name of Plaintiff    Brittany Jones

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Print          Save As...          Add Attachment          Reset