**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany A Jones, | No. CV-23-00024-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Knight Transportation Incorporated, | |
| Defendant. | |

**I.   GROUNDS FOR DISMISSAL**

Plaintiff filed an Application for Leave to Proceed in Forma Pauperis. (Doc. 2.) If Plaintiff is proceeding in Forma Pauperis, the Court must review the First Amended Complaint (Doc. 8) to determine whether the action is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).  Furthermore, a pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain: (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for judgment for the relief the pleader seeks.  Relief in the alternative or of several different types may be demanded.  Fed. R. Civ. P. 8(a)(3).

Plaintiff's First Amended Complaint fails to state the Court's jurisdiction pursuant

to 28 U.S.C. § 1331, 28 U.S.C. § 1332, or some other basis.  *See* Fed. R. Civ. P. 8(a)(1).

## II.     LEAVE TO AMEND

"[A] district court should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured by the allegation of other facts."  *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (cleaned up).  Plaintiff's amended complaint must address the deficiencies identified above and should follow the form detailed in Rule 7.1 of the Local Rules of Civil Procedure.  Within twenty-one (21) days from the date of entry of this Order, Plaintiff may submit an amended complaint.  Plaintiff must clearly designate on the face of the document that it is the "Second Amended Complaint."  The amended complaint must be retyped or rewritten in its entirety and may not incorporate any part of the original Complaint by reference.

The Court draws attention to the E-Pro Se program which assists litigants with creating a complaint form, Welcome - eProSe (uscourts.gov).  The Court also advises Plaintiff that certain resources for self-represented parties, including a handbook and the Local Rules, are available on the Court's website, www.azd.uscourts.gov, by following the link "For Those Proceeding Without an Attorney."

## III.    CONCLUSION

Accordingly,

**IT IS ORDERED** dismissing Plaintiff's First Amended Complaint (Doc. 8) without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff has leave to amend within twenty-one (21) days of this Order.

Dated this 13th day of January, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28